UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT, INC.,

    *Plaintiff,*

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, OFFICE FOR CIVIL RIGHTS
AND CIVIL LIBERTIES,

    *Defendant.*

Civil Action No. 18-2051 (RCL)

[PROPOSED] ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time and the entire record herein, it is this 16th day of Oct, 2018,

**ORDERED** that Defendant's Consent Motion for Extension of Time be and is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's Answer (Dkt. 9-1) shall be deemed **FILED**.

**SO ORDERED**.

10/16/18
Date

_____
United States District Judge