UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT )
OVERSIGHT, INC. )
)
Plaintiff, )
)
v. ) Civil Case No. 18-2051
)
U.S. DEPARTMENT OF HOMELAND )
SECURITY, OFFICE FOR CIVIL RIGHTS )
AND CIVIL LIBERTIES, )
)
Defendant. )

## ORDER

Pursuant to Local Rule 16.3(b)(10), parties to a FOIA action are exempted from typical scheduling order requirements. As such, the burden is on the government to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment, as appropriate. The index and supporting motion shall be filed within 30 days of this date, or such further time as this Court allows.

IT IS SO ORDERED.

_____
Royce C. Lamberth
United States District Judge

Date: 1/30/19