# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., *Plaintiff*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, *Defendant*. | Civ. A. No. 18-2051 (RCL) |

### JOINT MOTION TO VACATE ORDER REQUIRING PRODUCTION OF MOTION FOR SUMMARY JUDGMENT AND *VAUGHN* INDEX

The parties, by and through their counsel, respectfully move this Court to vacate the deadline in the Court's Order dated January 30, 2019, for Defendant U.S. Department of Homeland Security ("DHS") to produce and file with the Court a *Vaughn* index and motion for summary judgment within thirty days (i.e., by March 1, 2019).

The parties have conferred on the status of Defendant's searches and responses to Plaintiff's Freedom of Information Act ("FOIA") requests and also on a processing schedule. As the parties agreed, DHS is currently preparing for production a spreadsheet with certain information about complaints received by DHS Office for Civil Rights and Civil Liberties that is responsive to Plaintiff's first request (see Compl. ¶ 27). The parties agreed that DHS will produce that spreadsheet to Plaintiff by March 25, 2019. The parties also agreed that DHS will conduct a revised, narrow search, for onsite investigation documents responsive to Plaintiff's second FOIA request (see Compl. ¶ 32). After the search results for the second request are obtained, the parties intend to further confer on a processing schedule for those records that will

require further review for responsiveness and release.  An update on the status of this refined search will be provided to Plaintiff by March 5, 2019.

Because Defendant's search and processing of records is still ongoing, the parties agree that it is premature for the Court to set a briefing schedule and request that the Court postpone any summary-judgment briefing until after Defendant's records processing and responses to both requests are all complete.  The parties propose that the Court vacate the current briefing schedule and instead direct the parties to file a joint status report every forty-five days, with the first one due by April 5, 2019.

Therefore, the parties respectfully request that the Court grant this motion, vacate the current briefing schedule, and order the parties to submit joint status reports every forty-five days, beginning with April 5, 2019, until the records processing and responses are completed.  A proposed order is attached.

| | |
|---|---|
| February 28, 2019 | Respectfully submitted, |
| */s/ Ross A. Nabatoff* | JESSIE K. LIU |
| Ross A. Nabatoff, DC Bar # 376665 | D.C. Bar 472845 |
| LAW OFFICE OF ROSS A. NABATOFF | United States Attorney |
| 1440 G Street, N.W. | |
| Washington, D.C. 20005 | DANIEL F. VAN HORN |
| (202) 650-0037 | D.C. BAR 924092 |
| | Chief, Civil Division |
| *Attorney for Plaintiff* | |
| | */s/ Daniel P. Schaefer* |
| | DANIEL P. SCHAEFER |
| | D.C. BAR 996871 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 252-2531 |
| | E-mail: Daniel.Schaefer@usdoj.gov |
| | |
| | *Defendant's Counsel* |