UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT, INC.,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,

    *Defendant*.

Civ. A. No. 18-2051 (RCL)

**JOINT STATUS REPORT**

The parties, by and through their counsel, respectfully submit this joint status report in response to the Court's Order dated March 1, 2019.

**Defendant's Status Update**

As previously reported, Defendant U.S. Department of Homeland Security ("DHS") has been working on preparing for production a spreadsheet with certain information about complaints received by DHS Office for Civil Rights and Civil Liberties ("CRCL") that is responsive to Plaintiff's first request.  DHS is issuing an interim release today with a portion of the spreadsheet listing all CRCL Compliance Branch matters between January 1, 2015, and March 18, 2019.  This interim release does not include names or case summary fields, which will require individual review and redactions.  It contains all other fields, including the case identifiers, issue topic of the complaint, and incident locations.  CRCL's Compliance Branch is responsible for investigating alleged violations of civil rights or civil liberties against members of the public by DHS employees or contractors. A matter for CRCL includes both "contacts," or

initial allegations of a violation, and "complaints," which are contacts that have been retained for investigation by the Compliance Branch.

The spreadsheet DHS is processing for release contains over 12,000 matters. In contrast, the spreadsheet DHS considered providing prior to conducting the supplemental search contained about 3,000 matters. When converted to .pdf format to allow for the release of segregable portions of the free text matter summary, the initial spreadsheet was over 600 pages long. Consequently, DHS estimates that if it were to process this new spreadsheet and release the non-exempt portions of the summary field, that document will contain approximately 2,400 pages of data. Therefore, additional processing time is needed to finish processing the additional fields in the spreadsheet that are not included with today's interim release.

With regard to the search for records originating from CRCL's on-site investigations, the CRCL Compliance Branch began working with the software developer who maintains their complaints database to create a function that would allow them to do mass downloads of complaint documents from the system in response to another FOIA litigation matter. The existing mechanism requires the Complaints Manager or her designee to download and save each document individually. Upon receipt of the search tasker for this case, Compliance determined that this search would locate a large volume of records, and that using the mass download function would enable them to download those files much faster. Unfortunately, as of April 4th, after multiple rounds of testing, that function is not ready for use. Compliance must now download each file individually. Compliance has committed additional staff towards pulling these records, and anticipates that they will complete the download of these records by April 18th. Once those records have been downloaded, DHS FOIA will upload the files into the FOIA

request processing system.  Once those records have been ingested into the system, DHS will be able to provide a page count and an estimate on the processing time.

## The Parties' Joint Statement

DHS will continue to process the remainder of the spreadsheet responsive to Plaintiff's first request.  DHS will also reach out to Plaintiff later this month after DHS FOIA finishes uploading the files into the FOIA request processing system to communicate the results of the revised search and so the parties can further confer on a processing schedule for those records.  The Court's March 1, 2019, Order directed the parties to continue filing joint status reports every 45 days.  Therefore, the parties will file their next joint status report on or before May 20, 2019.

April 5, 2019

/s/ Ross A. Nabatoff
Ross A. Nabatoff, DC Bar # 376665
LAW OFFICE OF ROSS A. NABATOFF
1440 G Street, N.W.
Washington, D.C. 20005
(202) 650-0037

*Attorney for Plaintiff*

Respectfully submitted,

JESSIE K. LIU
D.C. Bar 472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR 924092
Chief, Civil Division

 /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. BAR 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2531
E-mail: Daniel.Schaefer@usdoj.gov

*Defendant's Counsel*