UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civ. A. No. 18-2051 (RCL) |

**JOINT STATUS REPORT**

The parties, by and through their counsel, respectfully submit this Joint Status Report in response to the Court's Order dated March 1, 2019.

**Defendant's Status Update**

As previously reported, Defendant U.S. Department of Homeland Security ("DHS") has been working on preparing for production a spreadsheet with certain information about complaints received by DHS Office for Civil Rights and Civil Liberties ("CRCL") that is responsive to Plaintiff's first request. DHS produced an interim release concurrent with the Joint Status Report dated April 15, 2019. The first interim release did not include names or case summary fields and DHS is currently conducting individual review and redactions on these sections. The spreadsheet DHS is processing for release contains over 12,000 matters. In contrast, the spreadsheet DHS considered providing prior to conducting the supplemental search contained about 3,000 matters. When converted to .pdf format to allow for the release of segregable portions of the free text matter summary, the initial spreadsheet was over 600 pages long. Consequently, DHS estimates that if it were to process this new spreadsheet and release

the non-exempt portions of the summary field, that document will contain approximately 2,400 pages of data.  Therefore, DHS has not finished processing the additional fields in the spreadsheet but is continuing its efforts.  DHS currently estimates completion of this process by mid-July.

With regard to the search for records originating from CRCL's on-site investigations, the CRCL Compliance Branch completed the download of all responsive records in mid-April as previously estimated.  DHS is now in the process of uploading these records into DHS's FOIA processing system and expects to have that work completed by the end of this month.  Once DHS has finished uploading those records into the system, DHS will provide Plaintiff a page count and an estimate on the processing time.

## The Parties' Joint Statement

DHS will continue to process the remainder of the spreadsheet responsive to Plaintiff's first request.  DHS will also reach out to Plaintiff later this month after DHS FOIA finishes uploading the files into the FOIA request processing system to communicate the results of the revised search and so the parties can further confer on a processing schedule for those records.  The Court's March 1, 2019, Order directed the parties to continue filing joint status reports every 45 days.  Therefore, the parties will file their next joint status report on or before July 5, 2019.

| | |
|---|---|
| Dated:  May 20, 2019 | Respectfully submitted, |
| */s/ Ross A. Nabatoff* | JESSIE K. LIU |
| Ross A. Nabatoff, DC Bar # 376665 | D.C. Bar 472845 |
| LAW OFFICE OF ROSS A. NABATOFF | United States Attorney |
| 1440 G Street, N.W. | |
| Washington, D.C. 20005 | DANIEL F. VAN HORN |
| (202) 650-0037 | D.C. BAR 924092 |
| ross.ranlaw@gmail.com | Chief, Civil Division |
| | |
| *Attorney for Plaintiff* |  */s/ Daniel P. Schaefer* |
| | DANIEL P. SCHAEFER |
| | D.C. BAR 996871 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2531 |
| | Daniel.Schaefer@usdoj.gov |
| | |
| | *Defendant's Counsel* |

3