# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendant*. | Civ. A. No. 18-2051 (RCL) |

## JOINT STATUS REPORT

The parties, by and through their counsel, respectfully submit this Joint Status Report in response to the Court's Order dated March 1, 2019.

### Defendant's Status Update

On July 12, 2019, counsel for the Plaintiff notified Defendant U.S. Department of Homeland Security ("DHS") that discrepancies had been detected in the Defendant's July 3, 2019 production of a spreadsheet with certain information about complaints received by DHS Office for Civil Rights and Civil Liberties ("CRCL"), per Plaintiff's first FOIA request. DHS was able to determine that the produced spreadsheet, which contained summaries of all incoming complaints received by CRCL in the requested timeframe and totaled 1665 entries over 627 pages, was a subset of the intended spreadsheet, and contained closed but not open cases. Since discovery of this unintentional omission, DHS has been working to finish a supplemental production which will include all requested cases. As this production will be roughly five (5) times the size of the July 3, 2019 production, DHS is unable to estimate the completion date at this time.

With regard to the search for records originating from CRCL's on-site investigations, the CRCL Compliance Branch completed the download of all responsive records in mid-April as previously estimated. Following the July 3, 2019 production, DHS personnel completed the uploading and initial tabulation of potentially responsive records, which total 32,212 pages. DHS is completing its processing of the first set of roughly 350 pages of documents and intends to produce them within five (5) days of this report. However, the DHS personnel will return to working on the revised spreadsheet following this production in order to provide this supplement as quickly as possible.

## The Parties' Joint Statement

DHS will continue process potentially responsive documents and review and redact the supplemental spreadsheet. The Court's March 1, 2019, Order directed the parties to continue filing joint status reports every 45 days. Therefore, the parties will file their next joint status report on or before October 3, 2019.

Dated:  August 19, 2019                                     Respectfully submitted,

*/s/ Ross A. Nabatoff*                                      JESSIE K. LIU
Ross A. Nabatoff, DC Bar # 376665          D.C. Bar 472845
LAW OFFICE OF ROSS A. NABATOFF      United States Attorney
1440 G Street, N.W.
Washington, D.C. 20005                              DANIEL F. VAN HORN
(202) 650-0037                                             D.C. BAR 924092
ross.ranlaw@gmail.com                            Chief, Civil Division

*Attorney for Plaintiff*                                    */s/ Daniel P. Schaefer*
                                                                        DANIEL P. SCHAEFER
                                                                        D.C. BAR 996871
                                                                        Assistant United States Attorney
                                                                        555 4th Street, N.W.
                                                                        Washington, D.C. 20530
                                                                        (202) 252-2531
                                                                        Daniel.Schaefer@usdoj.gov

                                                                        *Defendant's Counsel*