# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., *Plaintiff*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, *Defendant*. | Civ. A. No. 18-2051 (RCL) |

## JOINT STATUS REPORT

The parties, by and through their counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order dated January 20, 2020. Since the filing of the previous joint status report, Defendant U.S. Department of Homeland Security ("DHS") issued another interim response on February 27, 2020. The parties also further conferred on the scope of the Freedom of Information Act ("FOIA") requests. The parties agreed that Defendant will cease further processing of records responsive to the first FOIA request (2018-HQFO-01035), which sought complaints received by DHS Office for Civil Rights and Liberties ("CRCL"). Defendant will proceed with processing records responsive to the second FOIA request (2018-HQFO-01036), which sought reports and other records memorializing the findings of investigations of detention facilities. The parties' agreement to limit the scope of the requests should not be read as an admission by Defendant that any records responsive to Plaintiff's narrowed requests are releasable under FOIA. Defendant is only agreeing to process a more limited set of records for responsiveness and possible release under FOIA.

Pursuant to the Court's March 1, 2019, Order that directed the parties to continue filing joint status reports every 45 days, the parties will file another joint status report on or before April 16, 2020, with an update on Defendant's records processing.

| | |
|---|---|
| Dated:  March 2, 2020 | Respectfully submitted, |
| */s/ Ross A. Nabatoff* <br> Ross A. Nabatoff, DC Bar # 376665 <br> LAW OFFICE OF ROSS A. NABATOFF <br> 1440 G Street, N.W. <br> Washington, D.C. 20005 <br> (202) 650-0037 <br> ross.ranlaw@gmail.com | TIMOTHY J. SHEA <br> D.C. Bar 437437 <br> United States Attorney <br> <br> DANIEL F. VAN HORN <br> D.C. BAR 924092 <br> Chief, Civil Division |
| *Attorney for Plaintiff* | */s/ Daniel P. Schaefer* <br> DANIEL P. SCHAEFER <br> D.C. BAR 996871 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, D.C. 20530 <br> (202) 252-2531 <br> Daniel.Schaefer@usdoj.gov <br> <br> *Defendant's Counsel* |