UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROJECT ON GOVERNMENT
OVERSIGHT, INC.,

    *Plaintiff*,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY,

    *Defendant*.

Civ. A. No. 18-2051 (RCL)

## JOINT STATUS REPORT

The parties, by and through their counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order dated June 2, 2020. Defendant U.S. Department of Homeland Security ("DHS") is continuing to review and process for release records responsive to the second FOIA request (2018-HQFO-01036) and issuing interim productions every 45 days. Since the filing of the previous joint status report on June 1, 2020, DHS issued an eighth interim response and production on July 14, 2020.

Pursuant to the Court's March 1, 2019, Order that directed the parties to continue filing joint status reports every 45 days, the parties will file another joint status report on or before September 1, 2020, with an update on Defendant's records processing.

| | |
|---|---|
| Dated:  July 16, 2020 | Respectfully submitted, |
| | |
| */s/ Ross A. Nabatoff* | MICHAEL R. SHERWIN |
| Ross A. Nabatoff, DC Bar # 376665 | Acting United States Attorney |
| LAW OFFICE OF ROSS A. NABATOFF | |
| 1440 G Street, N.W. | DANIEL F. VAN HORN |
| Washington, D.C. 20005 | D.C. BAR 924092 |
| (202) 650-0037 | Chief, Civil Division |
| ross.ranlaw@gmail.com | |
| | */s/ Daniel P. Schaefer* |
| *Attorney for Plaintiff* | DANIEL P. SCHAEFER |
| | D.C. BAR 996871 |
| | Assistant United States Attorney |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 252-2531 |
| | Daniel.Schaefer@usdoj.gov |
| | |
| | *Defendant's Counsel* |